UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SOLID INCOME LIMITED, Plaintiff, v. ENERGYINVEST LLC, et al., Defendants. | Case No. 24-cv-09422-HSG **SCHEDULING ORDER** |
|---|---|
| SOLID INCOME LIMITED, et al., Plaintiffs, v. AMERICAN HOMEENERGY LLC, et al., Defendants. | Case No. 24-cv-09424-HSG |

A case management conference was held on September 23, 2025. Having considered the parties' proposals, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 21, 2025 |
| Close of Fact Discovery | February 20, 2026 |
| Exchange of Opening Expert Reports | March 6, 2026 |
| Exchange of Rebuttal Expert Reports | March 20, 2026 |
| Close of Expert Discovery | April 6, 2026 |
| Dispositive Motion Hearing Deadline | May 28, 2026, at 2:00 p.m. |
| Pretrial Conference | August 25, 2026, at 3:00 p.m. |

| Bench Trial (five days) | September 14, 2026, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.

The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   10/1/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2