Brendan F. Quigley (*pro hac vice*)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
brendan.quigley@bakerbotts.com

Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
karan.dhadialla@bakerbotts.com

*Counsel for Plaintiff Solid Income Limited*

C. Alex Naegele (Cal. Bar. No. 255887)
C. ALEX NAEGELE, A PROFESSIONAL
LAW CORPORATION
10080 North Wolfe Road, Suite SW3200
Cupertino, CA 95014
Telephone: (408) 883-8994
Facsimile: (408) 490-3033
alex@canlawcorp.com

*Attorney for Defendants EnergyInvest LLC, HomeEnergy Inc., Thomas Enzendorfer, Avenue Delivery LLC, Effervescence Champagne Import LLC, EnergyInvest Holdings LLC, Oasis HQ LLC, and Laura Enzendorfer*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SOLID INCOME LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ENERGYINVEST LLC; THOMAS ENZENDORFER; LAURA ENZENDORFER; AVENUE DELIVERY LLC; EFFERVESCENCE CHAMPAGNE IMPORTS LLC; ENERGYINVEST HOLDINGS LLC; HOMEENERGY INC.; AND OASIS HQ LLC,<br><br>Defendants. | Case No. 4:24-cv-09422-HSG<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

---

**JOINT STIPULATION OF DISMISSAL**                                    CASE NO. 4:24-CV-09422-HSG

## JOINT STIPULATION OF DISMISSAL

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

IT IS HEREBY STIPULATED AND AGREED by the parties herein, pursuant to Federal Rule of Civil Procedure 41(a)(2) that all pending claims and counterclaims are hereby dismissed, with prejudice and without costs to any party, according to the terms of the written confidential Settlement Agreement made and entered into by all of the parties on April 7, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 18, 2026

Respectfully Submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Brendan F. Quigley*
Brendan F. Quigley (*pro hac vice*)
brendan.quigley@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

Karan Singh Dhadialla (SBN 296313)
karan.dhadialla@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for Plaintiff Solid Income Limited*

**C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION**

By: */s/ C. Alex Naegele*
C. Alex Naegele
10080 North Wolfe Road, Suite SW3200
Cupertino, CA 95014
Telephone: (408) 883-8994
Facsimile: (408) 490-3033

**JOINT STIPULATION OF DISMISSAL**                    CASE NO. 4:24-CV-09422-HSG

Email: alex@canlawcorp.com

*Attorney for Defendants American Home Energy, Inc., HomeEnergy Inc., EnergyInvest LLC, Thomas Enzendorfer, Avenue Delivery LLC, Effervescence Champagne Imports LLC, EnergyInvest Holdings LLC, Oasis HQ LLC, and Laura Enzendorfer*

3

**STIPULATION OF DISMISSAL**                                    CASE NO. 4:24-CV-09422-HSG

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that each Signatory has concurred in the filing of this document.


DATED: April 18, 2026                              Respectfully Submitted,


By:  */s/ Brendan F. Quigley*
     Brendan F. Quigley (*pro hac vice*)

*Counsel for Plaintiff Solid Income Limited*

4

**STIPULATION OF DISMISSAL**                              CASE NO. 4:24-CV-09422-HSG

**<u>ORDER</u>**

Pursuant to the Parties' Joint Stipulation of Dismissal, IT IS SO ORDERED. The Court hereby dismisses *Solid Income Limited v. EnergyInvest LLC, et al.*, No. 4:24-cv-09422-HSG with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court retains jurisdiction for the sole purpose of enforcing the Settlement Agreement between the parties. All existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: ___4/20/2026___

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE